ORIGINAL

# In the United States Court of Federal Claims

No. 14-529T

(Filed: July 24, 2014)

FILED

JUL 2 4 2014

U.S. COURT OF
FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| NOBLE ROSS REAT, | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On June 20, 2014, pro se Plaintiff Noble Ross Reat filed a motion for leave to proceed *in forma pauperis*. To proceed *in forma pauperis*, an applicant must submit an affidavit listing all assets possessed by the applicant and declaring that the applicant is unable to pay the filing fees. 28 U.S.C. § 1915(a). Here, Plaintiff filed an IFP Application to Proceed, which is a form provided by the Court of Federal Claims for this purpose. However, rather than responding to the application's questions, Mr. Reat crossed out the questions and wrote that "I am not poor, but I should not have to pay to challenge the government's self-admitted mistakes."

On June 23, 2014, the Court denied Mr. Reat's motion and ordered Mr. Reat to pay the Court's $400 filing fee by July 16. As of the date of this order, Mr. Reat has failed to pay the fee. Accordingly, Plaintiff's complaint is DISMISSED without prejudice under Rule 41(b) of the Rules of the Court of Federal Claims for failure to prosecute, and the Clerk is directed to enter judgment for the Defendant.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge